**DISMISS and Opinion Filed October 28, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01182-CV

**MANUEL HERRERA, Appellant**

**V.**

**VERA MARSH, LENA MARSH, AND WILLIE BOULDEN, Appellees**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-07061**

## MEMORANDUM OPINION

Before Justices Bridges, Fillmore, and Lewis
Opinion by Justice Bridges

Before the Court is appellees' motion to dismiss the appeal for want of prosecution. Appellees contend the appeal should be dismissed for failure to pay the required filing fee. In a postcard notice dated August 23, 2013, the Court informed appellant that the filing fee was past due. We instructed appellant to pay the fee within ten days and cautioned him that failure to do so would result in dismissal of the appeal without further notice.

As of today's date, appellant has not paid the filing fee. Accordingly, we grant appellees' motion and dismiss the appeal. *See* TEX. R. APP. P. 42.3(c).

/David L. Bridges/

131182F.P05

DAVID L. BRIDGES
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MANUEL HERRERA, Appellant

No. 05-13-01182-CV      V.

VERA MARSH, LENA MARSH, AND
WILLIE BOULDEN, Appellees

On Appeal from the 95th Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. DC-11-07061.
Opinion delivered by Justice Bridges.
Justices Fillmore and Lewis, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees, VERA MARSH, LENA MARSH, AND WILLIE
BOULDEN, recover their costs of this appeal from appellant, MANUEL HERRERA.

Judgment entered October 28, 2013

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE